```
FILED ✓    ___ LODGED
___ RECEIVED  ___ COPY

    APR 0 8 2025

CLERK U S DISTRICT COURT
 DISTRICT OF ARIZONA
BY_____ DEPUTY
```

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona

3  MARCUS SHAND
   Assistant United States Attorney
4  Pennsylvania State Bar No. 323052
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: Marcus.Shand@usdoj.gov
7  Attorneys for Plaintiff

**SEALED**

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Malik Antwon Williams,<br><br>Defendant. | No. CR-25-00534-PHX-SMB (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Counts 1-56<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 57-88<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNTS 1-56

On or about the dates below, in the District of Arizona, Defendant, MALIK ANTWON WILLIAMS, knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter

44 of Title 18, United States Code, in that Defendant, MALIK ANTWON WILLIAMS, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | March 6, 2022 | Healy/Predator Guns (Tempe, AZ) |
| 2 | March 15, 2022 | Healy/Predator Guns (Tempe, AZ) |
| 3 | May 12, 2022 | Healy/Predator Guns (Tempe, AZ) |
| 4 | May 16, 2022 | Superpawn (Phoenix, AZ) |
| 5 | June 21, 2023 | Alpha Dog Firearms (Tempe, AZ) |
| 6 | June 26, 2023 | Healy/Predator Guns (Tempe, AZ) |
| 7 | July 1, 2023 | Healy/Predator Guns (Tempe, AZ) |
| 8 | July 8, 2023 | Alpha Dog Firearms (Tempe, AZ) |
| 9 | July 21, 2023 | Sportsman's Warehouse (Chandler, AZ) |
| 10 | July 27, 2023 | Alpha Dog Firearms (Tempe, AZ) |
| 11 | July 28, 2023 | Sportsman's Warehouse (Chandler, AZ) |
| 12 | August 4, 2023 | Alpha Dog Firearms (Tempe, AZ) |
| 13 | August 29, 2023 | Alpha Dog Firearms (Tempe, AZ) |
| 14 | September 5, 2023 | Arizona State Armory (Phoenix, AZ) |
| 15 | September 12, 2023 | Arizona State Armory (Phoenix, AZ) |
| 16 | September 14, 2023 | Healy/Predator Guns (Tempe, AZ) |
| 17 | October 9, 2023 | Sportsman's Warehouse (Avondale, AZ) |
| 18 | October 10, 2023 | Alpha Dog Firearms (Tempe, AZ) |
| 19 | October 11, 2023 | Tactical Studios/Randles (Glendale, AZ) |
| 20 | October 14, 2023 | Tactical Studios/Randles (Glendale, AZ) |
| 21 | November 12, 2023 | Alpha Dog Firearms (Tempe, AZ) |
| 22 | February 7, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 23 | February 9, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 24 | February 28, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 25 | March 1, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 26 | March 7, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 27 | March 14, 2024 | Tactical Studios/Randles (Glendale, AZ) |
| 28 | March 14, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 29 | March 15, 2024 | Tactical Studios/Randles (Glendale, AZ) |
| 30 | March 17, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 31 | March 27, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 32 | March 28, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 33 | March 29, 2024 | Arizona Firearms (Gilbert, AZ) |

| 34 | April 3, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| --- | --- | --- |
| 35 | April 4, 2024 | Liberty Pawn (Mesa, AZ) |
| 36 | April 4, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 37 | July 13, 2024 | Allegiant Arms (Mesa, AZ) |
| 38 | July 18, 2024 | Pawn 1st (Mesa, AZ) |
| 39 | July 20, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 40 | July 27, 2024 | Arizona State Armory (Phoenix, AZ) |
| 41 | July 30, 2024 | Superpawn (Mesa, AZ) |
| 42 | August 3, 2024 | Pawn 1st (Mesa, AZ) |
| 43 | August 5, 2024 | Healy/Predator Guns (Tempe, AZ) |
| 44 | November 19, 2024 | Ammo AZ (Glendale, AZ) |
| 45 | December 17, 2024 | Ammo AZ (Glendale, AZ) |
| 46 | January 17, 2025 | Harris Brothers Tactical (Phoenix, AZ) |
| 47 | January 18, 2025 | Diamondback Amory (Phoenix, AZ) |
| 48 | January 18, 2025 | Female Armed Divas (Peoria, AZ) |
| 49 | February 1, 2025 | Acosta Systems (Phoenix, AZ) |
| 50 | February 13, 2025 | Harris Brothers Tactical (Phoenix, AZ) |
| 51 | February 13, 2025 | Mad Partners, Inc. (Avondale, AZ) |
| 52 | February 22, 2025 | Female Armed Divas (Peoria, AZ) |
| 53 | February 24, 2025 | Arizona State Armory (Phoenix, AZ) |
| 54 | March 3, 2025 | Ammo AZ (Glendale, AZ) |
| 55 | March 4, 2025 | Mad Partners, Inc. (Avondale, AZ) |
| 56 | March 7, 2025 | S2 Armament (Phoenix, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 57 - 88

On or about the dates listed below, in the District of Arizona, Defendant, MALIK ANTWON WILLIAMS, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant, MALIK ANTWON WILLIAMS, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant, MALIK ANTWON WILLIAMS, resided at an address on Pebble Beach Drive, in Tempe, Arizona, whereas in

truth and fact, Defendant, MALIK ANTWON WILLIAMS, knew that he resided at a different address:

| | | |
|---|---|---|
| 57 | March 1, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 58 | March 7, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 59 | March 14, 2024 | Tactical Studios/Randles (Glendale, AZ) |
| 60 | March 14, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 61 | March 15, 2024 | Tactical Studios/Randles (Glendale, AZ) |
| 62 | March 17, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 63 | March 27, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 64 | March 28, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 65 | March 29, 2024 | Arizona Firearms (Gilbert, AZ) |
| 66 | April 3, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 67 | April 4, 2024 | Liberty Pawn (Mesa, AZ) |
| 68 | April 4, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 69 | July 13, 2024 | Allegiant Arms (Mesa, AZ) |
| 70 | July 18, 2024 | Pawn 1st (Mesa, AZ) |
| 71 | July 20, 2024 | Alpha Dog Firearms (Tempe, AZ) |
| 72 | July 27, 2024 | Arizona State Armory (Phoenix, AZ) |
| 73 | July 30, 2024 | Superpawn (Mesa, AZ) |
| 74 | August 3, 2024 | Pawn 1st (Mesa, AZ) |
| 75 | August 5, 2024 | Healy/Predator Guns (Tempe, AZ) |
| 76 | November 19, 2024 | Ammo AZ (Glendale, AZ) |
| 77 | December 17, 2024 | Ammo AZ (Glendale, AZ) |
| 78 | January 17, 2025 | Harris Brothers Tactical (Phoenix, AZ) |
| 79 | January 18, 2025 | Diamondback Amory (Phoenix, AZ) |
| 80 | January 18, 2025 | Female Armed Divas (Peoria, AZ) |
| 81 | February 1, 2025 | Acosta Systems (Phoenix, AZ) |
| 82 | February 13, 2025 | Harris Brothers Tactical (Phoenix, AZ) |
| 83 | February 13, 2025 | Mad Partners, Inc. (Avondale, AZ) |
| 84 | February 22, 2025 | Female Armed Divas (Peoria, AZ) |
| 85 | February 24, 2025 | Arizona State Armory (Phoenix, AZ) |
| 86 | March 3, 2025 | Ammo AZ (Glendale, AZ) |
| 87 | March 4, 2025 | Mad Partners, Inc. (Avondale, AZ) |
| 88 | March 7, 2025 | S2 Armament (Phoenix, AZ) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1 - 88 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 - 88 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. Sections 924(d) and 981, 21 U.S.C. Sections 853 and 881, 28 U.S.C. Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: April 8, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
MARCUS SHAND
Assistant U.S. Attorney